IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL PEREZ | : | CASE NO. |
| Petitioner | : | |
| v. | : | 1:CR-01-295-02 |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |

**O R D E R**

On May 23, 2005, Petitioner, Rafael Perez, filed a Motion under F.R.C.P. Rule 60(b) to Correct Sentence (Doc. No. 92). To date, no response has been received by the Government. **AND NOW**, this 26th day of July, 2005, **IT IS HEREBY ORDERED THAT** the Government shall file a reply to the Petitioner's Motion within twenty (20) days of the date of this Order.

    S/ Yvette Kane
Yvette Kane
United States District Judge